LINK 59

JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

ASHER BRONSTIN, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

CLEAR LINK INSURANCE AGENCY, LLC and ALLEGIANT HOLDINGS, LLC

        Defendants.

Case No. 8:23-cv-01742-HDV-ADS

Judge: Honorable Hernan D. Vera

## [PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

(["PROPOSED"] struck through)

The Parties have advised the Court that the parties are dismissing their claims with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). None of the rights of any putative class members, other than the Plaintiff, have been released or are otherwise affected by this dismissal.

It is so ORDERED.

Dated: 7/19/24

_____
Honorable Hernan D. Vera